Benedetto Tartaglia
vs. } W. C. A. No. 777
Lorenzo Deacutis

November 5, 1927.

TANNER, P. J. This is a Workmen's Compensation case in which the defence was that there was no accident since the workman sprained his shoulder by lifting a wheelbarrow with a heavy load.

We think under the authorities that this was an accident.

1st Hunnold, W. C. A. cases, p. 281;

Walsh vs. River Spinning Co., 41 R. I. 490.

For petitioner: A. L. Conaty.

For respondent: F. J. McOsker.